ARTHUR M. STAPPENBECK, Respondent, *v.* JOHN C. FULMER et al., as Executors and Trustees under the Will of JACOB AGNE, Deceased, et al., Appellants.

(Argued October 23, 1928; decided November 20, 1928.)

*G. E. Pritchard* and *Arthur J. Foley* for appellants.
*S. Sheldon Judson* and *Chester R. Dewey* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.